Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

KM Enterprises, Inc. et al. )
) Case No: 3:14-cv-04906
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
Global Traffic Technologies, LLC et al ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )
)

I, Chad Drown, an active member in good standing of the bar of District of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is Calvin Litsey, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402 | 1950 University Ave., Suite 450<br>East Palo Alto, CA 94303 |
| MY TELEPHONE # OF RECORD:<br>(612) 766-7000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 324-6700 |
| MY EMAIL ADDRESS OF RECORD:<br>chad.drown@faegrebd.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>calvin.litsey@faegrebd.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0319053.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/12/14

Chad Drown
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Chad Drown is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 19, 2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____Richard D. Sletten_____, Clerk of this Court,

certify that _____Chad Drown_____, Bar # _____319053_____,

was duly admitted to practice in this Court on _____09/28/2004_____, and is in good standing as a member

of the Bar of this Court.

Dated at _____Minneapolis_____ on _____12/11/2014_____
            (Location)                                     (Date)

**RICHARD D. SLETTEN**

Richard D. Sletten
CLERK

_[signature]_
DEPUTY CLERK