Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KM Enterprises, Inc. et al.

　　　　　　　　　　Plaintiff(s),

v.

Global Traffic Technologies, LLC et al

　　　　　　　　　　Defendant(s).

Case No: 3:14-cv-04906

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Lauren J. Frank, an active member in good standing of the bar of District of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is Calvin Litsey, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 90 South 7th Street, Suite 2200<br>Minneapolis, MN 55402 | 1950 University Ave., Suite 450<br>East Palo Alto, CA 94303 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (612) 766-7000 | (650) 324-6700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| lauren.frank@faegrebd.com | calvin.litsey@faegrebd.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0390222.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/12/14

　　　　　　　　　　　　　　　　　　　　　　　Lauren J. Frank
　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Lauren J. Frank is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 19, 2014

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____ Richard D. Sletten _____ , Clerk of this Court,

certify that _____ Lauren J. Frank _____ , Bar # _____ 390222 _____ ,

was duly admitted to practice in this Court on _____ 06/18/2010 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Minneapolis _____ on _____ 12/11/2014 _____
           (Location)                                        (Date)


RICHARD D. SLETTEN

Richard D. Sletten
_____                    _____
CLERK                                       DEPUTY CLERK