UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KM ENTERPRISES, INC., et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> GLOBAL TRAFFIC TECHNOLOGIES, LLC, et al., <br><br>   Defendants. | Case No. 14-cv-04906-VC <br><br> **ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME TO FILE RESPONSES** <br><br> Re: Dkt. Nos. 32, 33 |

Plaintiffs' motions for extension of time to file their response to the motion to dismiss and the motion to transfer are granted in part. The responses are now due January 13, 2015. Any replies would be due seven days thereafter.

**IT IS SO ORDERED**.

Dated: January 2, 2015

_____
VINCE CHHABRIA
United States District Judge