Jana Yocom (ARDC# 6193677)
Jana Yocom, P.C.
320 S. 11th, Suite 1
Mt. Vernon, Illinois 62864
Telephone:  618-731-1944
Jana.yocom@gmail.com
Counsel for Plaintiffs,
KM Enterprises, Inc. and Rodney
Kris Morgan
*Pro hac vice* application pending

Martin Zurada (SBN 218235)
*Zurada Law Group*
785 Market Street, 16th Floor
San Francisco, CA 94103
mzurada@hotmail.com
Telephone:  415-637-8483
Local Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO BRANCH**

| | | |
|---|---|---|
| KM Enterprises, Inc., an Illinois corporation, and Rodney Kris Morgan, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO.: 3:14-cv-04906 |
| v. | ) ) | |
| Global Traffic Technologies, LLC, a Delaware limited liability company; Global Traffic Technologies, Inc., a Delaware corporation, | ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW OBJECTION TO MOTION TO
DISMISS AND MOTION TO TRANSFER FOR
NONCOMPLIANCE WITH PAGE LIMITS**   AND ORDER

Pursuant to Federal Rule of Civil Procedure 11(b), Plaintiffs KM Enterprises, Inc. and

Rodney Kris Morgan (collectively, "KME") file this Motion to Withdraw Objection to Motion to

Dismiss and Motion to Transfer for Noncompliance with Page Limits. Wherefore, Plaintiffs

1

1  respectfully request that the Court grant Plaintiffs' Motion to Withdraw its objection filed on

2  December 25, 2014. D.34. Plaintiffs request any additional relief at law or in equity to which

3  they justly may be entitled.

4      Dated: December 31, 2014.

5      Respectfully submitted,

6  **Jana Yocom, P.C.**

7  /s/ Jana Yocom

8  _____

9  Jana Yocom
10 Jana Yocom, P.C.
11 320 S. 11th, Suite 1
12 Mount Vernon, Illinois 62864
13 Telephone: 618-731-1944
14 Email: jana.yocom@gmail.com

16 Martin Zurada (SBN 218235)
17 *Zurada Law Group*
18 785 Market Street, 16th Floor
19 San Francisco, CA 94103
20 mzurada@hotmail.com
21 Telephone: 415-637-8483
22 Local Counsel for Plaintiffs

26 *Attorney for Defendants-Appellants Rodney*
27 *K. Morgan and KM Enterprises, Inc.*

Date: January 5, 2015



GRANTED
Judge Vince Chhabria

2