Calvin L. Litsey (CSB 289659)
Helen E. Chacon (CSB 293067)
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303
Telephone: (650) 324-6700
Fax: (650) 324-6701
Email: calvin.litsey@FaegreBD.com
Email: helen.chacon@FaegreBD.com

James W. Poradek (*pro hac vice*)
Chad Drown (*pro hac vice*)
Lauren J. Frank (*pro hac vice*)
Emily E. Chow (*pro hac vice*)
Eva B. Stensvad (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN  55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: james.poradek@FaegreBD.com
Email: chad.drown@FaegreBD.com
Email: lauren.frank@FaegreBD.com
Email: emily.chow@FaegreBD.com
Email: eva.stensvad@FaegreBD.com

Attorneys for Defendants Global Traffic Technologies,
LLC and Global Traffic Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KM ENTERPRISES, INC. and RODNEY KRIS MORGAN<br><br>Plaintiffs,<br><br>vs.<br><br>GLOBAL TRAFFIC TECHNOLOGIES, LLC and GLOBAL TRAFFIC TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.: 3:14-cv-04906-VC<br><br>[~~PROPOSED~~] ORDER ON MOTION FOR ORDER CONTINUING THE DATE OF CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 6-3<br>AS MODIFIED |

---

[PROPOSED] ORDER ON MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:14-cv-04906-VC

1   This matter is before the Court on the Motion for Order Continuing the Date of Case
2   Management Conference Pursuant to Local Rule 6-3 (Dkt. No.____).  Based on the files, records,
3   and proceedings herein, the Motion for Order Continuing the Date of Case Management Conference
4   Pursuant to Local Rule 6-3 (Dkt. No.____) is **GRANTED**.  The Court and the parties may save
5   valuable time and resources if the Initial Case Management Conference is continued until after the
6   Court decides GTT's pending Motion to Dismiss and Motion to Transfer Venue.  Accordingly, the
7   Initial Case Management Conference set for February 3, 2015 is cancelled.  ~~The Court will~~
8   ~~reschedule the Initial Case Management Conference, if necessary, after its decision on GTT's~~
9   ~~Motion to Dismiss and Motion to Transfer Venue~~.
10  The case management conference is rescheduled to February 19, 2015, at 10:00 a.m. A case management
11  statement is due no later than February 12, 2015.

Dated: January 30, 2015

VINCE CHHABRIA
United States District Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Vince Chhabria

---

[PROPOSED] ORDER ON MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 3:14-cv-04906-VC