# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KM ENTERPRISES, INC., et al.,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL TRAFFIC TECHNOLOGIES, LLC, et al.,<br><br>    Defendant. | 14-cv-04906-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: February 5, 2015

_____
VINCE CHHABRIA
United States District Judge