UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KM ENTERPRISES, INC., et al.,

    Plaintiffs,

    v.

GLOBAL TRAFFIC TECHNOLOGIES, LLC, et al.,

    Defendants.

Case No. 14-cv-04906-VC

**ORDER DENYING MOTION TO ALTER JUDGMENT**

Re: Dkt. No. 70

The motion to alter the judgment is denied, without prejudice to refiling, for failure to comply with this Court's standing order with respect to noticing motions.

**IT IS SO ORDERED.**

Dated: March 31, 2015

VINCE CHHABRIA
United States District Judge