UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KM ENTERPRISES, INC., et al.,

    Plaintiffs,

v.

GLOBAL TRAFFIC TECHNOLOGIES, LLC, et al.,

    Defendants.

Case No. 14-cv-04906-VC

**ORDER DENYING MOTION TO ALTER JUDGMENT**

Re: Dkt. No. 75 and 77

The motion to alter the judgment (Dkt. No. 75) and the motion for extension of time (Dkt. No. 77) are denied.

**IT IS SO ORDERED.**

Dated: April 13, 2015

_____
VINCE CHHABRIA
United States District Judge